# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT -9 A 8:44

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 6:06CR00026-14 |
| Brentis Hendrix | ) |
| | ) USM No: 13010-021 |

Date of Original Judgment: December 10, 2007
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Chester J. Gregg
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated December 10, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/9/15

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*